JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERRY ONG,<br>Plaintiff,<br>v.<br>STATION LIQUOR, INC.; HANI ABDELHADY; and DOES 1 to 10,<br>Defendants. | Case No. 8:26-cv-01629-JWH-MARx<br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 17] entered on or about October 2, 2026, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 5, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE